BAKER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 21, 1914.) No. 4311. In Error to the District Court of the United States for the Eastern·District of Oklahoma. James C. Denton, of Muskogee, Okl., for plaintiff in error. D. H. Linebaugh, U. S. Atty., of Atoka, Okl., for the United States. Before SANBORN, ADAMS, and SMITH, Circuit Judges.

PER CURIAM. Reversed, without costs to either party in this court, upon. the confession of error and consent of defendant in error, and cause remanded, with directions to sustain demurrer to indictment.

---

BRAY et al. v. UNITED STATES FIDELITY & GUARANTY CO. (Circuit Court of Appeals, Fourth Circuit. January 9, 1915.) No. 1260. Appeal from the District Court of the United States for the District of West Virginia, at Parkersburg. H. P. Camden, of Parkersburg, W. Va., for appellants. B. M. Ambler, of Parkersburg, W. Va., for appellee. Before KNAPP and WOODS, Circuit Judges, and McDOWELL, District Judge.

PER CURIAM. Decree of District Court affirmed. 218 Fed. 987, 133 C. C. A. 669. Appeal to the Supreme Court allowed.

---

CHAVEZ v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. February 15, 1915.) No. 4410. In Error to the District Court of the United States for the District of New Mexico. S. Burkhart, U. S. Atty., of Albuquerque, N. M., for the United States. Before SANBORN and ADAMS, Circuit Judges.

PER CURIAM. Writ of error docketed and dismissed, pursuant to rule 16, without costs to either party in this court, on motion of defendant in error.

---

CHESAPEAKE & O. R. CO. v. PROFFITT. (Circuit Court of Appeals, Fourth Circuit. October 12, 1914.) No. 1247. In Error to the District Court of the United States for the District of Virginia, at Richmond. Before PRITCHARD and WOODS, Circuit Judges.

PER CURIAM. Judgment of District Court affirmed. 218 Fed. 23, 134 C. C. A. 37. Order allowing writ of error to Supreme Court filed.

---

CONTINENTAL & COMMERCIAL TRUST & SAVINGS BANK et al. v. NORTH PLATTE VALLEY IRR. CO. et al. (Circuit Court of Appeals, Eighth Circuit. January 4, 1915.) No. 4261. Appeal from the District Court of the United States for the District of Wyoming. Charles L. Powell and Mayer, Meyer, Austrian & Platt, all of Chicago, Ill., William C. Kinkead, of Cheyenne,. Wyo., and Eldon Bisbee, of New York City, for appellants. Morris & Grant, of Denver, Colo., for appellees. Before CARLAND, Circuit Judge, and T. C. MUNGER and YOUMANS, District Judges.

PER CURIAM. Appeal dismissed, with costs, on authority of opinion in Continental & Commercial Trust & Savings Bank, as Trustee, etc., et al. v. North Platte Valley Irrigation Company et al. (No. 4249, decided January 4, 1915) 219 Fed. 438, 135 C. C. A. 150.

---

DEAN v. DAVIS. (Circuit Court of Appeals, Fourth Circuit. January 27, 1915.) No. 1194. Appeal from the District Court of the United States for the District of Virginia, at Richmond. Wyndham R. Meredith, of Richmond,. Va., for appellant. Bartlett Roper, Jr., of Petersburg, Va., for appellee. Before PRITCHARD and WOODS, Circuit Judges, and ROSE, District Judge.

PER CURIAM. Decree of District Court affirmed. 212 Fed. 88, 128 C. C. A. 658. Appeal to the Supreme Court allowed.